**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DORIST F. BONECUTTER, III,

        Plaintiff,

v.                                    CIVIL ACTION NO.   3:11-0576

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).   The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's motion for a remand as articulated in his Brief in Support of Judgment on the Pleadings (ECF No. 10), deny Defendant's Motion for Judgment on the Pleadings (ECF No. 11), reverse the final decision of the Commissioner, remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, and dismiss this action from the docket of the Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's motion for a remand as articulated in his Brief in Support of Judgment on the Pleadings (ECF No. 10), **DENIES** Defendant's Motion for Judgment

on the Pleadings (ECF No. 11), **REVERSES** the final decision of the Commissioner, **REMANDS**
this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings,
and **DISMISSES** this action from the docket of the Court, consistent with the findings and
recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all
counsel of record, and any unrepresented parties.

ENTER:        October 15, 2012

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE